JOSEPHINE C. WINNE, as Ancillary Administratrix of the Estate of CLAUDE J. WINNE, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.

*Winne* v. *Erie R. R. Co.*, 169 App. Div. 960, affirmed.
(Argued October 31, 1917; decided November 20, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action under the Federal Employers' Liability Act to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The intestate, a brakeman on one of defendant's trains, was killed through the alleged failure of the engineer to obey slow down and stop signals transmitted to him by the head brakeman, whereby the train was backed with such force against two cars that were standing, with brakes on, to the south of a crossing that they were driven over the highway and coupled to cars standing to the north of it. It turned out that when the deceased reached the rear end of the two cars standing to the south of the highway he found the end of the air hose dragging on the ground from the end of the car next the highway and as he stooped to hook it up, the coupling was made on the other end of the cars and he was knocked down with the force of the blow and run over and killed.

*Philip A. Rorty* for appellant.
*Frank Comesky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Not voting: CUDDEBACK, J.